UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

    DEBORAH ANN BAIARDO,
          Debtor(s).
_____/

CHAPTER 13
CASE NO.:    6:13-bk-08169-ABB

## SECOND MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

*Pursuant to Local Rule 2002-04, the Court will consider this Motion without further notice or hearing unless a party in interest files objection within **twenty-one (21) days** from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801; serve a copy of the same on the Chapter 13 Trustee, Laurie Weatherford, Post Office Box 3450, Winter Park, FL 32790; and serve a copy of the upon Movants' Attorney, Georgina Roman-Secor, Law Office Of Roman-Secor, PA, 2290 S. Volusia Avenue, Suite D, Orange City, FL 32763.*

*If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper, and will proceed to consider this paper without further notice or hearing and may grant the relief requested.*

Debtor, DEBORAH ANN BAIARDO, (the "Debtor"), by and through the undersigned attorney, hereby file this Motion to Modify Order Confirming Chapter 13 Plan, and in support of thereof state as follows:

1. An Order Granting Debtor's Motion to Modify Confirmed Chapter 13 Plan, Document 63, was entered in this matter on December 23, 2014.

2. On August 9, 2013 the Court entered Order Granting Motion to Value Nationstar Mortgage, Document 7. The creditor shall have an allowed secured claim in the amount of $75,520.00 re-amortized for thirty years with a contract interest rate of 5.25% or a total of $83,341.57.

Baiardo, Deborah (Case No.: 13-8169)

3. The Debtor has liquidated her 401K to address this matter. There is now tax exposure as a result. Debtor purposes only during month 24 to reduce the Trustee Fees to 6% to address the matter of some of the tax exposure.

4. The Debtor proposes the following modification to the confirmed plan according to the attached spreadsheet.

| 1-9 | $925.00 |
|---|---|
| 10-16 | $1,060.00 |
| 17-20 | $1,875.00 |
| 21-23 | $1,060.00 |
| 24-24 | $76,500.00 |
| 25-60 | $725.00 |

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant this Motion to Modify Order Confirming Chapter 13 Plan, and pray the court will:

A. Grant this motion and enter an Order modifying the Order Confirming Chapter 13 Plan as proposed herein;

B. Grant such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing **MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN** has been served electronically, and when appropriate by regular United States Mail, to the all creditor(s) listed on the Clerk's mailing list dated on this day of July 31, 2015.

Respectfully submitted,

/s/GEORGINA ROMAN-SECOR, ESQ.
Georgina Roman-Secor, Esq.
FL. Bar No: 0191980
Law Office of Román-Secor, P.A.
2290 South Volusia Avenue, Suite D
Orange City, FL 32763-7600
Telephone: (386) 775-6622
Facsimile: (386) 775-6633
E-Mail: ginaromansecor1@aol.com

Baiardo, Deborah (Case No.: 13-8169)

| Baiardo | DUE DATE | | | | | | | *Outside Plan, D7* | | *Order to Value, D17* | | | | *Mediation Fee* | | *Order to Strip* | | *Surrendered* | | | *Post-Petition* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SECOND | 7/14/2013 | | | 10.0% | | | Atty Fees | Wells Fargo,#7 | | Nationstar, #5 | | Ford Motor, #4 | | Nationstar | | USBA, #9 | | USBA, #8 | | | Claim # 5 |
| AMENDED | Unsecured | | | Debtor Pmt | Tee Fee | | $4,550.00 | $57,507.34 @6.375% | | $75,520 @5.25% | | $23,115.28 | | $350.00 | | $2,192.32 | | $16,103.96 | | | $4,190.67 |
| | 60 | | | 60 | | | | | | | | | | | | | | | | | |
| 7/14/2013 | 1 | $2.42 | | $925.00 | $92.50 | | $0.00 | $0.00 | | $417.02 | | 353.06 | | 60.00 | | 0.00 | | 0.00 | | | |
| 8/14/2013 | 2 | $2.42 | | $925.00 | $92.50 | | $0.00 | $0.00 | | $417.02 | | 353.06 | | 60.00 | | 0.00 | | 0.00 | | | |
| 9/14/2013 | 3 | $2.42 | | $925.00 | $92.50 | | $0.00 | $0.00 | | $417.02 | | 353.06 | | 60.00 | | 0.00 | | 0.00 | | | |
| 10/14/2013 | 4 | $2.42 | | $925.00 | $92.50 | | $0.00 | $0.00 | | $417.02 | | 353.06 | | 60.00 | | 0.00 | | 0.00 | | | |
| 11/14/2013 | 5 | $2.42 | | $925.00 | $92.50 | 5 at | $0.00 | $0.00 | | $417.02 | | 353.06 | 5 at | 60.00 | | 0.00 | | 0.00 | | | |
| 12/14/2013 | 6 | $2.42 | | $925.00 | $92.50 | | $50.00 | $0.00 | | $417.02 | | 353.06 | | 10.00 | | 0.00 | | 0.00 | | | |
| 1/14/2014 | 7 | $2.42 | | $925.00 | $92.50 | | $50.00 | $0.00 | | $417.02 | | 353.06 | | 10.00 | | 0.00 | | 0.00 | | | |
| 2/14/2014 | 8 | $2.42 | | $925.00 | $92.50 | | $50.00 | $0.00 | | $417.02 | | 353.06 | | 10.00 | | 0.00 | | 0.00 | | | |
| 3/14/2014 | 9 | $2.42 | 9 at | $925.00 | $92.50 | 4 at | $50.00 | $0.00 | | $417.02 | | 353.06 | | 10.00 | | 0.00 | | 0.00 | 9 at | | |
| 4/14/2014 | 10 | $6.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | 5 at | 10.00 | | 0.00 | | 0.00 | | | 82.17 |
| 5/14/2014 | 11 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 6/14/2014 | 12 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 7/14/2014 | 13 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 8/14/2014 | 14 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 9/14/2014 | 15 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 10/14/2014 | 16 | $16.46 | 7 at | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 11/14/2014 | 17 | $749.96 | | $1,875.00 | $187.50 | | $85.29 | $0.00 | 17 at | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 12/14/2014 | 18 | $13.68 | | $1,875.00 | $187.50 | | $85.29 | $0.00 | | $1,153.30 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 1/14/2015 | 19 | $13.68 | | $1,875.00 | $187.50 | | $85.29 | $0.00 | | $1,153.30 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 2/14/2015 | 20 | $13.68 | 4 at | $1,875.00 | $187.50 | | $85.29 | $0.00 | 3 at | $1,153.30 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 3/14/2015 | 21 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 4/14/2015 | 22 | $16.46 | | $1,060.00 | $106.00 | | $85.29 | $0.00 | | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 5/14/2015 | 23 | $16.46 | 3 at | $1,060.00 | $106.00 | | $85.29 | $0.00 | 3 at | $417.02 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 6/14/2015 | 24 | $114.50 | 1 at | $76,500.00 | $4,323.71 | | $85.29 | $0.00 | 1 at | $71,541.27 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 7/14/2015 | 25 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 8/14/2015 | 26 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 9/14/2015 | 27 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 10/14/2015 | 28 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 11/14/2015 | 29 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 12/14/2015 | 30 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 1/14/2016 | 31 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 2/14/2016 | 32 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 3/14/2016 | 33 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 4/14/2016 | 34 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 5/14/2016 | 35 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 6/14/2016 | 36 | $131.98 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | 36 at | 353.06 | | | | 0.00 | | 0.00 | | | 82.17 |
| 7/14/2016 | 37 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 8/14/2016 | 38 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 9/14/2016 | 39 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 10/14/2016 | 40 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 11/14/2016 | 41 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 12/14/2016 | 42 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 1/14/2017 | 43 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 2/14/2017 | 44 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 3/14/2017 | 45 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 4/14/2017 | 46 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 5/14/2017 | 47 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 6/14/2017 | 48 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 7/14/2017 | 49 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 8/14/2017 | 50 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 9/14/2017 | 51 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 10/14/2017 | 52 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 11/14/2017 | 53 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 12/14/2017 | 54 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 1/14/2018 | 55 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 2/14/2018 | 56 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 3/14/2018 | 57 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 4/14/2018 | 58 | $51.50 | | $725.00 | $72.50 | | $85.29 | $0.00 | | $0.00 | | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 5/14/2018 | 59 | $51.50 | | $725.00 | $72.50 | 50 at | $85.29 | $0.00 | | $0.00 | 23 at | 433.54 | | | | 0.00 | | 0.00 | | | 82.17 |
| 6/14/2018 | 60 | $51.13 | 36 at | $725.00 | $72.50 | 1 at | $85.50 | $0.00 | | $0.00 | 1 at | 433.70 | | | | 0.00 | | 0.00 | 51 at | | 82.17 |
| | | $3,901.27 | | $129,025.00 | $9,576.21 | | $4,550.00 | $0.00 | | $83,341.57 | | $23,115.28 | | $350.00 | | $0.00 | | $0.00 | | | $4,190.67 |
| | | $22,163.75 | | | | | ATTY | | | CLAIM 005 | | CLAIM 004 | | CLAIM 300 | | | | | | | CLAIM 305 |
| | | 18% | | | | | $4,550.00 | | | | | | | | | | | | | | 4190.67 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-08169-ABB<br>Middle District of Florida<br>Orlando<br>Fri Jul 31 18:29:53 EDT 2015 | Deborah Ann Baiardo<br>891 Valencia Avenue<br>Orange City, FL 32763-4744 | Ford Motor Credit Company LLC<br>c/o Roger A. Kelly, Esq.<br>PO Box 3146<br>Orlando, FL 32802-3146 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Wells Fargo Bank, N.A.<br>Butler and Hosch, PA<br>3185 South Conway Road Suite E<br>Orlando, FL 32812-7349 |
| Ashley Homestores/GECRB<br>Attn: Bankruptcy Dept.<br>PO Box 965036<br>Orlando, FL 32896-5036 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase Home Finance, LLC<br>Attn: Bankruptcy Dept<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Elizabeth R. Wellborn, PA<br>Attn: Bankruptcy Dept.<br>350 Jim Moran Blvd.<br>Suite 100<br>Deerfield Beach, FL 33442-1721 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Ford Motor Credit<br>One American Road<br>WHQ Room 612<br>Dearborn, MI 48126-2701 |
| Ford Motor Credit COmpany LLC<br>Post Office Box 650575<br>Dallas, TX 75265-0575 | Ford Motor Credit Company LLC<br>c/o ROger A. kelly<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JP Morgan Chase Bank, N.A., SUCESSOR<br>IN INTEREST BY PURCHASE FROM THE FDIC<br>AS RECEIVER<br>c/o LCS Financial Services Corporation<br>6782 S Potomac St. #100<br>Centennial, CO 80112-3915 | JP Morgan Chase Bank, N.A., SUCESSOR<br>IN INTEREST BY PURCHASE FROM THE FDIC<br>AS RECEIVER OF WASHINGTON MUTUAL BANK<br>c/o LCS Financial Services Corporation<br>6782 S Potomac St. #100<br>Centennial, CO 80112-3915 |
| Kohls/Chase<br>Attn: Bankruptcy Dept<br>N56W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 | OAK HARBOR CAPITAL VII, LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | Ronald R. Wolfe & Associates<br>Attn: Bankruptcy Dept.<br>Post Office Box 25018<br>Tampa, FL 33622-5018 |
| TD BANK USA, N.A.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | Target National Bank<br>Attn: Bankruptcy Dept<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | US Small Business Admin<br>Attn: Bankruptcy Dept.<br>200 W. Santa Ann Blvd<br>Suite 180<br>Santa Ana, CA 92701-4134 |
| Volusia County Clerk of Crt<br>Attn: Civil Department<br>PO Box 6043<br>Case No: 2012 13161 CIDL<br>Deland, FL 32721-6043 | Volusia County Clerk of Crt<br>Attn: Civil Department<br>PO Box 6043<br>Case No: 2012 13317 CIDL<br>Deland, FL 32721-6043 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |

| | | |
|---|---|---|
| Volusia County Taxing Author<br>123 W Indiana Avenue<br>Deland, FL 32720-4615 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC#D3347-014, 3476 Stateview Blvd,<br>Fort Mill, SC 29715 | Wells Fargo Home Mortgage<br>Attn: Bankruptcy Dept<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Roger A Kelly +<br>Rush, Marshall, Jones & Kelly, P.A.<br>Post Office Box 3146<br>Orlando, FL 32802-3146 |
| Georgina Roman-Secor +<br>Law Office of Roman-Secor PA<br>2290 South Volusia Avenue Suite D<br>Orange City, FL 32763-7600 | Teresa M Hair +<br>Ronald R. Wolfe & Associates, P.L.<br>PO Box 25018<br>Tampa, FL 33622-5018 | Elizabeth McCausland +<br>Liz McCausland, PA<br>545 Delaney Avenue<br>Suite 7<br>Orlando, FL 32801-3866 |
| Stephen Joseph Modric +<br>Butler & Hosch, P.A.<br>3185 S. Conway Road, Suite E<br>Orlando, FL 32812-7349 | Shaina Druker +<br>Ronald R. Wolfe & Associates<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | Capital One Bank<br>Attn: Bankruptcy Dept<br>PO Box 5155<br>Norcross, GA 30091 | Discover Financial Services<br>Attn: Bankruptcy Dept<br>PO Box 15316<br>Wilmington, DE 19850 |
| Fifth Third Bank<br>Attn: Bankruptcy Dept<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 80110<br>Cincinnati, OH 45280-0010 | (d)Nationstar Mortgage<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 75261-9741 |
| (d)Nationstar Mortgage, LLC<br>Attn: Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9741 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                   41 |