UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CHAPTER 13
Case No.: 13-8169-ABB

In RE:

    DEBORAH ANN BAIARDO,
        Debtors.
_____/

**MOTION, JOINT STIPULATION AGREEMENT TO AMEND ORDER GRANTING MOTION TO VALUE NATIONSTAR MORTGAGE DOCUMENT 17**

COMES NOW the parties and hereby enter into this Joint Stipulation Agreement and jointly move this Honorable Court for an Order approving the Joint Stipulation Agreement and Amend Order Granting Motion to Value Nationstar Mortgage regarding real property located at 17-19 Dogwood Trail, Debary, FL 32713, (D.E. 17), and states the following:

1. On August 9, 2013, the Court entered an Order Granting Motion to Value Nationstar Mortgage (D.E. 17; "Order") for the property located at 17-19 Dogwood Trail, Debary, FL 32713 ("Subject Property").

2. The Order provided that Nationstar shall have an allowed secured claim in the amount of $75,520.00 re-amortized over 30 years, with a contract interest rate of 5.25% payable at $417.02 for months 1 to 23 and a balloon in the amount of $73,750.11 due in month 24.

3. On December 23, 2014, the Court entered an Order Granting Debtor's Motion to Modify Plan (D.E. 63). The Modified Plan provided increased payments of $1,153.30 in months 18 to 20 towards Nationstar's claim.

4. As a result of the increased payments provided to Nationstar in months 18 to 20, the balloon payment has been reduced.

5. The balloon payment due in month 24 of the plan is now $71,541.27.

6. The Order shall be amended to state the following: Nationstar shall have an allowed secured claim in the amount of $75,520.00 re-amortize for thirty years, with a contract interest rate of 5.25% interest payable at $417.02 months 1 to 17, $1,153.30 months 18 to 20 and a balloon of $71,541.27 due on month twenty four (24) and allowed a general unsecured claim in amount of approximately $122,923.40 for purposes of distribution through the Debtor's Chapter 13 Plan.

7. Should the Debtor fail to complete their Chapter 13 Plan and receive a discharge of their Chapter 13 bankruptcy case, whether due to dismissal or conversion, then the lien shall remain in full force and effect.

8. All other terms of the Order will remain in full force and effect.

WHEREFORE, Debtor respectfully requests that this Court enter an order granting this Motion and approving this Joint Stipulation Agreement in amending the Order Granting Motion to Value Nationstar Mortgage and reduce the balloon amount to $71,541.27, and granting such other and further relief as is just and proper.

/s/ Shaina Druker
SHAINA DRUKER, ESQUIRE
FL BAR NO: 100213
Attorney for Nationstar Mortgage
Brock & Stock, PLLC
4919 Memorial Hwy Ste. 135
Tampa, FL 33634-7510
Telephone No.: (813) 251-4766Email:
Shaina.Druker@brockandscott.com

/s/Georgina Roman-Secor
GEORGINA ROMAN-SECOR, Esq.
FL. Bar No: 0191980
Law Office of Román-Secor, P.A.
2290 South Volusia Avenue, Suite D
Orange City, FL 32763-7600
Telephone: (386) 775-6622
Facsimile: (386) 775-6633
Email: romansecor@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy by Electronic Transmission by: **United States Trustee**, Orlando Division, 400 W. Washington Street, Suite 5100, Orlando, FL 32801; **Chapter 13 Trustee**, Laurie Weatherford, Post Office Box 3450, Winter Park, FL 32790; and a true copy by U.S. Mail/Electronic Mail to Debtor, Deborah Ann Baiardo, 891 Valencia Avenue, Orange City, FL 32713; Officer, Agent, or Manager of NATIONSTAR MORTGAGE, Attn: Bankruptcy Dept., 350 Highland Drive, Lewisville, TX 75067; Officer, Agent, or Manager of NATIONSTAR MORTGAGE, Brock & Scott, PLLC c/o nhornaday@wolfelawfl.com, midbkmail@wolfelawfl.com, shaina.Druker@brockandscott.com on this 2 day of December, 2015.

    Respectfully Submitted,

    /s/ Georgina Roman-Secor, Esq.
    Georgina Roman-Secor, Esquire
    FL. Bar No: 0191980
    Law Office of Román-Secor, P.A.
    2290 South Volusia Avenue, Suite D
    Orange City, FL 32763-7600
    Telephone No.: (386) 775-6622
    Fax No.: (386) 775-6633